# UNITED STATES DISTRICT COURT

## District of Kansas

(Wichita Docket)

SEALED

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MICHAEL EUGENE WATLEY,**

**Defendant.**

**FILED UNDER SEAL**

**CASE NO. -** 26-CR-10003-JWB

# SEALED INDICTMENT

**THE GRAND JURY ALLEGES:**

**COUNT 1**

**POSSESSION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(5)(B) and (b)(2)]**

On or about July 7, 2025, in the District of Kansas, the defendant,

**MICHAEL EUGENE WATLEY,**

knowingly possessed any computer disk and other material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including

by computer, and that was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such child pornography involved a prepubescent minor who had not attained 12 years of age, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a).

2. Upon conviction of the offense set forth in Count 1, the defendant **MICHAEL EUGENE WATLEY** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to:

a. Samsung Galaxy A15 model SM-A156U phone (SN# SMA156U); and

b. HP Pavilion laptop computer (SN#CND1086H7T).

All pursuant to Title 18 U.S.C. § 2253 (a).

**A TRUE BILL**

January 28, 2026 s/Foreperson
DATE FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Jason W. Hart
JASON W. HART
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: jason.hart2@usdoj.gov
Ks. S. Ct. No. 20276

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

# PENALTIES

**Counts 1: 18 U.S.C. 2252A(a)(5)(B), Possession of Child Pornography**

- Punishable by a term of imprisonment of not more than twenty years (20) years. **If such person has a prior conviction under chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than ten (10) years nor more than twenty (20) years. 18 U.S.C. § 2252A(b)(2).**

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.00. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).

- An assessment of not more than $17,000.00. 18 U.S.C. § 2259A(a)(1).