IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Case No. 26-10003-JMK |
| MICHAEL EUGENE WATLEY, Defendant. | ) | |

**UNITED STATES' MOTION FOR A PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States by and through Ryan A. Kriegshauser, United States Attorney for the District of Kansas and Annette Gurney, Assistant United States Attorney, and moves the Court to enter a Preliminary Forfeiture Order forfeiting to the United States the personal property identified in the Plea Agreement. In support of its motion, the United States advises the Court:

1. On July 20, 2026, defendant Michael Eugene Watley pleaded guilty to Count One of the Indictment, which charged a violation of 18 U.S.C. § 2252A(a)(5)(B). (Doc. 23).

2. As part of his plea agreement (Doc. 24), the defendant agreed to forfeit the following personal property:

**A. Samsung Galaxy A15 model SM-A156U phone (SN# SMA156U); and**

**B. HP Pavilion laptop computer (SN#CND1086H7T).**

3. In the plea agreement, the defendant specifically agreed to not only the forfeiture of the property, but also agreed to the immediate entry of the preliminary order of forfeiture.

4. Based upon the statements set forth in the Plea Agreement, the United States has established the requisite nexus between the property identified above and the offense to which

the defendant has pled guilty. Accordingly, the property listed in paragraph two is subject to forfeiture to the United States pursuant to 18 U.S.C. § 2253(a).

5. Upon the entry of the Preliminary Order of Forfeiture, the United States will proceed to give notice to any third parties who may have an interest in the property and dispose of the property according to law.

Wherefore, for the reasons stated above the United States respectfully requests that the Court grant its motion and enter a Preliminary Order of Forfeiture.

Respectfully Submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

/s/ Annette Gurney
ANNETTE GURNEY, #11602
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
T: (316) 269-6689
F: (316) 269-6484
annette.gurney@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record for defendant.

/s/ Annette Gurney
ANNETTE GURNEY #11602